**No. 46856.**—Petition 6018–R of Edwin Leffler (Savannah).

Opinion by WALKER, J. At the hearing the petitioner testified that these rugs were bought for him in the open market, through purchasing agents, at what he believed to be the prevailing price. He stated the price he paid was the invoiced and entered value and that prior to entry he made no investigation to ascertain the correct market value of the merchandise, relying, as he had in the past, solely on the prices given in the commercial and consular invoices and on the prices he paid. After the advance was made by the appraiser he wrote to Belgium for information and received in reply an affidavit not properly signed, which was therefore useless in the prosecution of his reappraisement appeal. On the record the court was satisfied that the petitioner acted in good faith, and since the record disclosed no fact or circumstance known by the petitioner or which ought to have been known by him which would put him upon inquiry as to whether the prices actually paid were less than the market value of the goods, the petition was granted, citing *Vietor* v. *United States* (14 Ct. Cust. Appls. 13, T. D. 41529).

BEFORE THE SECOND DIVISION, JANUARY 21, 1942

**No. 46857.**—Protests 948097–G, etc., of Aoki Taiseido Book Co. (San Francisco).

Opinion by KINCHELOE, J. In accordance with stipulation of counsel that the merchandise is the same in all material respects as that passed upon in *Aoki Taiseido Book Co.* v. *United States* (6 Cust. Ct. 221, C. D. 467) the books in question were held entitled to free entry under paragraph 1630 as claimed.

**No. 46858.**—Protests 941311–G, etc., of Aoki Taiseido Book Co. (San Francisco).

Opinion by KINCHELOE, J. In accordance with stipulation of counsel that the books in question are the same in all material respects as those the subject of *Aoki Taiseido Book Co.* v. *United States* (6 Cust. Ct. 221, C. D. 467) the claim for free entry under paragraph 1630 was sustained.